James D. (Chico) REILLY and Herman Lewis Johnson, Appellants,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Sept. 27, 1974.

James H. Warren, Hal Warren, Warren & Warren, Fulton, for appellants.

Ed W. Hancock, Atty. Gen., James M. Ringo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

Lyle GOLDY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Sept. 27, 1974.

Lyle Goldy, pro se. Anthony M. Wilhoit, J. Vincent Aprile, II, Public Defenders, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Deputy Atty. Gen., Patrick B. Kimberlin, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

Ralph Weston SULLIVAN, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Sept. 27, 1974.

Ralph Weston Sullivan, pro se.

Ed W. Hancock, Atty. Gen., Miles H. Franklin, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Reversing.*

James R. YOCOM, Commissioner of Labor, etc., Appellant,

v.

Paul MAY et al., Appellees.

Court of Appeals of Kentucky.

Sept. 27, 1974.

Arthur R. Samuel, Robert D. Hawkins, Department of Labor, Frankfort, for appellant.

Ronald W. May, Baird & Baird, Pikeville, for appellees.

Memorandum Opinion by Justice PALMORE, Affirming.*

* Opinion ordered not to be published.